# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| New Stream Secured Capital Fund K1 (Cayman), Ltd. | |
| c/o Appleby Trust (Cayman) Limited | |
| 75 Fort Street, Clifton House | |
| P.O. Box 190 | |
| Grand Cayman, KY1–1108, | |
| CAYMAN ISLANDS | |
| | **Case No.:** 11–10696–MFW |

**NOTICE OF DISMISSAL**

YOU ARE HEREBY NOTIFIED that the debtor(s) chapter 11 petition was dismissed on 7/12/2012 .

David D. Bird, Clerk

Dated: 7/27/12

(VAN–012)